# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: CHRISTOPHER M. DIAZ                              Case No.: 12-11074-A-13K

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michael H. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/08/2012.
2) The plan was confirmed on 08/16/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/10/2013.
5) The case was converted on 04/15/2013.
6) Number of months from filing or conversion to last payment: 9.
7) Number of months case was pending: 14.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 27,375.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $21,350.00 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $21,350.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,329.84 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $733.14 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $2,062.98 |
| Attorney fees paid and disclosed by debtor: | $1,150.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ALLIED INTERSTATE | Unsecured | NA | NA | NA | .00 | .00 |
| ASCENSION CAPITAL GROUP INC | Other | NA | .00 | .00 | .00 | .00 |
| AT&T | Unsecured | 353.01 | NA | NA | .00 | .00 |
| BMW BANK OF NORTH AMERICA INC | Secured | 61,921.00 | 62,883.28 | 62,883.28 | 9,861.24 | 724.18 |
| CAPITAL ONE NA | Unsecured | 313.00 | 345.00 | 345.00 | .00 | .00 |
| CAPITAL ONE NA | Unsecured | 637.00 | 637.10 | 637.10 | .00 | .00 |
| COWENS PET RESORT | Unsecured | 122.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SVCS | Unsecured | 705.78 | NA | NA | .00 | .00 |
| DIAZ STELLA | Unsecured | 1,500.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 639.81 | 639.81 | 639.81 | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,768.00 | 3,768.02 | 3,768.02 | .00 | .00 |
| ELBAUM MA LMFT MINDY S | Unsecured | 800.00 | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | NA | 184.05 | 184.05 | .00 | .00 |
| GE CAPITAL RETAIL BANK | Unsecured | 1,930.00 | 1,979.20 | 1,979.20 | .00 | .00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 2,325.92 | 2,325.92 | .00 | .00 |

1M

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Case 12-11074    Filed 05/01/13    Doc 85

In re: CHRISTOPHER M. DIAZ                                Case No.: 12-11074-A-13K

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| HSBC BANK NEVADA N A/BASS & ASSO | Other | NA | .00 | .00 | .00 | .00 |
| KERN SCHOOL FEDERAL CREDIT UNIO | Secured | 45,160.00 | 52,585.22 | 52,585.22 | 7,903.74 | 797.86 |
| KOHLS/CAPONE | Unsecured | 301.00 | NA | NA | .00 | .00 |
| MCMILLIN REAL ESTATE & MRTG | Unsecured | 23,053.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC BY | Unsecured | 80.00 | 94.35 | 94.35 | .00 | .00 |
| OAK HARBOR CAPITAL II LLC | Unsecured | NA | 302.97 | 302.97 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Secured | NA | 325.01 | 300.41 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 325.00 | 24.60 | 24.60 | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 1,133.47 | 1,133.47 | 1,133.47 | .00 | .00 |
| SPRINT NEXTEL | Unsecured | 754.78 | 754.78 | 754.78 | .00 | .00 |
| STERLING JEWELERS DBA KAY JEWEL | Secured | 1,829.32 | 1,865.14 | 1,865.14 | .00 | .00 |
| UNITED STATES TREASURY | Priority | 17,400.00 | 17,035.72 | 16,095.51 | .00 | .00 |
| UNITED STATES TREASURY | Unsecured | NA | 940.21 | 940.21 | .00 | .00 |
| WELLS FARGO BANK NA | Secured | 3,404.00 | 3,404.09 | 3,404.09 | .00 | .00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing: | .00 | .00 | .00 |
|     Mortgage Arrearage: | .00 | .00 | .00 |
|     Debt Secured by Vehicle: | 115,468.50 | 17,764.98 | 1,522.04 |
|     All Other Secured: | 5,569.64 | .00 | .00 |
| **TOTAL SECURED:** | 121,038.14 | 17,764.98 | 1,522.04 |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage: | .00 | .00 | .00 |
|     Domestic Support Ongoing: | .00 | .00 | .00 |
|     All Other Priority: | 16,279.56 | .00 | .00 |
| **TOTAL PRIORITY:** | 16,279.56 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 12,945.43 | .00 | .00 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration: | $2,062.98 |
| Disbursements to Creditors: | $19,287.02 |
| **TOTAL DISBURSEMENTS:** | $21,350.00 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  05/01/2013                              By: /s/Michael H. Meyer
                                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.